AO 91 (Rev. 5/85) Criminal Complaint  YOUNG/ARRESTED  This form was electronically produced via OmniForm

# United States District Court

AUG 16 2018

WESTERN DISTRICT OF TEXAS

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ZW
DEPUTY

UNITED STATES OF AMERICA

V.

**Matthew WILLIAMS**

**CRIMINAL COMPLAINT**

CASE NUMBER: 7:18-MJ-260

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 15, 2018** in **MIDLAND** county, in the **WESTERN** District of **TEXAS**, defendant(s) did, (Trace Statutory Language of Offense)

**did knowingly and intentionally possess a firearm to wit: Smith and Wesson Shield 9mm (manufactured in Springfield Massachusetts) which had been shipped and transported in interstate and foreign commerce after previously being convicted of a crime punishable by imprisonment for a term exceeding one year, namely for the felony offense of Possession of a Controlled Substance PG 1 Under 1 Gram in the 385th Judicial District Court in Midland, Midland County on December 8, 2016**

in violation of Title **18**, United States Code, Section(s) **922 (g)(1)**.

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:
Official Title

**SEE ATTACHMENT**

Continued on the attached Sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn before me and subscribed in my presence,

**08/16/18**                                            at   **Midland Texas**
Date                                                           City and State

**U.S. Magistrate Judge Ronald C. Griffin**           _____
Name and Title of Judicial Officer                          Signature of Judicial Officer

## AFFIDAVIT

1. I, Matthew Futch, a Special Agent with the Drug Enforcement Administration (DEA) currently assigned to the Midland, Texas Resident Office, being duly sworn state:

2. I have successfully completed extensive training emphasizing narcotics investigation and law enforcement. I have been employed by the Drug Enforcement Administration as a Special Agent since August 2016 and have participated in several narcotics investigations. I have attended and successfully completed Basic Agent Training in Quantico, Virginia. Prior to being employed by the Drug Enforcement Administration, I was employed by the Orange County Sheriff's Office in Orlando, Florida for approximately 4 and a half years. During this time, I conducted hundreds of narcotics investigations ranging from simple possession to trafficking. I have taken multiple trainings on narcotics investigations and identification.

3. I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed. I have compiled information derived from numerous discussions with experienced law enforcement officers, and detectives of the Midland Police Department. Since this complaint is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known by me in the investigation. More specifically, I have set forth only pertinent facts that I believe are necessary to establish probable cause. Based on the facts cited in the body of this affidavit, I believe that probable cause exists that **Matthew WILLIAMS** who having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely for the felony offense Possession of a Controlled Substance PG 1 Under 1 Gram on December 8, 2016 amongst others, did knowingly and intentionally possess a firearm to wit: Smith and Wesson Shield 9mm which

|   |   |
|---|---|
|   | had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g) (1). |
| 4. | On Wednesday, August 15, 2018 Midland Police Department (MPD) dispatch received a call for service indicating a male named Matthew WILLIAMS had a warrant and the complainant visually observed the male. MPD dispatch confirmed a male named Matthew WILLIAMS was indeed wanted and was the subject of a warrant. |
| 5. | The complainant continued to visually observe WILLIAMS. The complainant directed MPD Officers Renz and Wilbanks to the Stripes convenience store located at Lamesa Road and Wadley Avenue. MPD Officers Renz and Wilbanks located and arrested WILLIAMS for an outstanding state warrant. |
| 6. | Upon arrest, WILLIAMS indicated that he wished to discuss the circumstances of his arrest. MPD Detective Jamie Dolan conducted an interview of WILLIAMS. During this interview, WILLIAMS stated that he received a Smith and Wesson 9mm Shield handgun from his girlfriend. WILLIAMS stated he traded this handgun to another individual for a small amount of controlled substances and United States Currency. |
| 7. | SA Futch checked WILLIAMS' criminal history and learned that he was a convicted felon. The check showed that WILLIAMS had been convicted of the felony offense Possession of a Controlled Substance PG 1 Under 1 Gram in the 385th Judicial District Court in Midland, Midland County on December 8, 2016, amongst other felony convictions. Additional records checks confirmed Smith and Wesson firearms are manufactured in Springfield, Massachusetts and therefore had been shipped and transported in interstate and foreign commerce. |
| 8. | Based on my training, expertise and experience, I believe **Matthew WILLIAMS**, who having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely for the felony offense Possession of a Controlled Substance PG 1 Under 1 Gram in the 385th Judicial District Court in Midland, Midland County on December 8, 2016 did |

knowingly and intentionally possess a firearm as a convicted felon. Additional records checks confirmed the firearm was manufactured in Springfield, Massachusetts and therefore had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g) (1).

9. The punishment **WILLIAMS** faces if convicted of the alleged charge in this complaint is a term of imprisonment not to exceed ten years; a three year maximum term of supervised release, a maximum fine of $250,000; and a $100 special assessment.

_____  8-16-18
Matthew A. Futch            Date
Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me in my presence.

_____  8-16-18
Ronald C. Griffin           Date
United States Magistrate Judge

3