UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>V.<br><br>MATTHEW WILLIAMS,<br><br>　　　　Defendant. | CRIMINAL NO.<br>INDICTMENT **MO18CR·194**<br><br>[Vio: 18 U.S.C. § 922(g)(1) -<br>Felon in possession of a firearm] |

THE GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. § 922(g)(1)]

That on or about August 15, 2018, in the Western District of Texas, the Defendant,

**MATTHEW WILLIAMS,**

who having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely for the felony offense of Possession of a Controlled Substance PG 1 Under 1 Gram in the 385th Judicial District Court of Midland, Midland County on December 8, 2016, did knowingly possess in and affecting commerce a firearm, to wit: Smith and Wesson Shield 9mm, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

Original signed by the
foreperson of the Grand Jury

JOHN F. BASH
UNITED STATES ATTORNEY

*/s/ B. Young*
BRANDI YOUNG
Assistant United States Attorney