IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
AUG 2 2 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES OF AMERICA

V.

MATTHEW WILLIAMS

CRIMINAL NO. MO-18-CR-194

ORDER FOR BENCH WARRANT

It appearing to the Court that an Indictment has been returned against the below named Defendant(s), it is hereby ORDERED that warrant(s) be issued for the arrest of said Defendant(s), returnable instanter to the Midland-Odessa Division of this Court.

Defendant(s)

MATTHEW WILLIAMS

*Bond to be set at time Defendant(s) has initial appearance before a judicial officer and after interview by an officer assigned to the Pretrial Services Office.

ENTERED at Midland, Texas, this 22nd day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE