# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| United States of America | ) |
| v. | ) |
| | ) Case No. 7:18-CR-194-001 |
| | ) |
| | ) |
| Matthew Williams | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Matthew Williams,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:922(g): Felon in possession of a firearm.

Date: 08/22/2018

*S. Enriquez* (signature)
*Issuing officer's signature*

City and state: Midland, Texas

S. Enriquez, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*