FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

AUG 2 2 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | CR. NO. MO-18-CR-194 |
| | ) | |
| MATTHEW WILLIAMS | ) | |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings *instanter*; that the Defendant **MATTHEW WILLIAMS** is incarcerated and is now in the custody of the Sheriff of Midland County, at the Midland County Jail, Midland, Texas.

Wherefore, the Government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Sheriff of Midland County commanding him to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Federal Court, Midland, Texas, instanter, **for the purpose of said proceedings, and any further proceedings to be had in this cause**.

                                        Respectfully Submitted,
                                        JOHN F. BASH
                                        UNITED STATES ATTORNEY

By: _____
                                        BRANDI YOUNG
                                        Assistant United States Attorney
                                        400 West Illinois, Suite 1200
                                        Midland, Texas 79701