**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

**FILED**

AUG 2 2 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | )     CR. NO. MO-18-CR- 194 |
| | ) |
| MATTHEW WILLIAMS | ) |

## ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Came on the application of the United States of America, representing that this cause is set for hearing in Midland, Texas, *instanter*, that the Defendant **TYRIC ANDREWS** is now incarcerated, and in the custody of the Midland County Sheriff's Department at the Midland County Jail; that justice demands the Defendant's presence at such proceedings; and the Government prays the Court to direct the issuance of a Writ of Habeas Corpus Ad Prosequendum for the attendance of said defendant; and the Court, being of the opinion that said application should be granted; it is therefore,

ORDERED that the Clerk issue a Writ of Habeas Corpus Ad Prosequendum, addressed to the Sheriff of Midland County, Midland, Texas directing that said Defendant be delivered into the custody of the United States Marshal, and directing said Marshal to bring the Defendant before this Court in Midland, Texas, instanter, **for the purpose of said hearing and any further proceedings to be held in this cause.**

SIGNED and ENTERED at Midland, Texas, this 22ND day of August , 2018.

_____
United States Magistrate Judge