UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| U.S.A. | § | |
| --- | --- | --- |
| | § | |
| vs. | § | CASE NO. MO:18-CR-194 (1) |
| | § | |
| | § | |
| MATTHEW WILLIAMS | § | |
| | § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE SHERIFF OF MIDLAND COUNTY, AT THE MIDLAND COUNTY JAIL, MIDLAND, TEXAS**

GREETINGS:

You are hereby commanded to surrender and deliver unto the United States Marshal for the Western District of Texas, or his duly authorized representative, the body of **MATTHEW WILLIAMS**, to this Court **instanter**, to remain in the custody of the said Marshal during the proceedings in the above styled cause, and any further proceedings in this cause are completed.

This Writ shall be your warrant and authority in the premises, and the Clerk of this Court is hereby directed to cause to be delivered to you a copy of this Writ and a certified copy of the Order directing the issuance for your observance.

HEREIN FAIL NOT, but make due return to this Writ.

Witness The Honorable B. Dwight Goains, U.S. Magistrate Judge
United States District Court
Western District of Texas
and the Seal of this Court hereto affixed
this 22nd of August, 2018.

JEANNETTE CLACK, CLERK

By: _____
Deputy Clerk