UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **United States of America** | § § | |
| vs. | § § | Cr. No.  MO:18-CR-00194(1)-DC |
| **(1) Matthew Williams**<br>*Defendant* | § | |

# ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, **LUKE GARRETT** is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

SIGNED on  24th day of August, 2018.

_____
B. DWIGHT GOAINS
UNITED STATES MAGISTRATE JUDGE

(rev. 1/97)