# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| **vs.** | § | Cr. No. |
| | § | MO:18-CR-00194(1)-DC |
| **(1) Matthew Williams** | § | |

## ORDER SETTING DISTRICT COURT ARRAIGNMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for ***DISTRICT COURT ARRAIGNMENT* at 09:00 AM** Midland Magistrate Courtroom, U. S. Courthouse, 200 E. Wall, Midland, TX , on Wednesday, August 29, 2018.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the U.S. Attorney, U.S. Pretrial Services, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he shall be present.

A defendant entering a plea of not guilty who wishes to waive personal appearance at the arraignment, is excused from appearing, as is the attorney, if the enclosed waiver is executed and signed by both the defendant and the attorney of record, and filed with the Clerk prior to 9:00 A.M. of the scheduled date of arraignment.

IT IS SO ORDERED this day of Friday, August 24, 2018.

_____
B. DWIGHT GOAINS
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| vs. | § | Cr. No. |
| | § | MO:18-CR-00194(1)-DC |
| **(1) Matthew Williams** | § | |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

NOW COMES Defendant in the above-referenced case who, along with his undersigned attorney, hereby acknowledges the following:

1)   Defendant has received a copy of the Indictment, Information or Complaint in this case. Defendan understands the nature and substance of the charges contained therein, the maximum penalites applicable thereto, and his Constitutional rights, after being advised of all the above by his attorney.

2)   Defendant understands he has the right to appear personally with his attorney before a Judge for Arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he will be so arraigned in open Court.

Defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case and the reading of the Indictment or Information, and by this instrument, tenders his plea of "not guilty". The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

**I UNDERSTAND, UNLESS OTHERWISE ORDERED BY THE COURT, I MUST FILE ANY PRETRIAL MOTION (CITING LEGAL AUTHORITY UPON WHICH I RELY AND A PROPOSED ORDER) WITHIN 14 DAYS AFTER ARRAIGNMENT, OR, IF I HAVE WAIVED ARRAIGNMENT, WITHIN 14 DAYS AFTER THE LATEST SCHEDULED ARRAIGNMENT DATE.  SEE LOCAL CRIMINAL RULES CR-12 AND CR-47.**

Date: _____

_____
Defendant

_____
Name of Attorney for Defendant

_____
Signature of Attorney for Defendant

Telephone: _____     Address: _____

**ORDER**
APPROVED BY THE Court.  A plea of "Not Guilty" is entered for Defendant effective this date.

Date: _____

_____
District Judge/Magistrate Judge

**\*\*ALL WAIVERS MUST BE FILED IN THE CLERK'S OFFICE NO LATER THAN 9:00 A.M. OF THE SCHEDULED DATE OF ARRAIGNMENT.**