AO 470 (12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| United States of America | § | ORDER OF TEMPORARY DETENTION |
| | § | PENDING HEARING PURSUANT TO |
| vs. | § | BAIL REFORM ACT |
| | § | |
| (1) Matthew Williams | § | Case Number:  MO:18-CR-00194(1)-DC |
| *Defendant* | | |

Upon Motion of the GOVERNMENT, it is ORDERED that a **DETENTION HEARING** is set for:  AUGUST 29, 2018 * at 9:00 AM

before UNITED STATES MAGISTRATE JUDGE        B. DWIGHT GOAINS
                                            *Name of Judicial Officer*

in the        Midland Magistrate Courtroom, 200 E. Wall, MIDLAND-ODESSA, Texas
                            *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by the United States Marshal

_____( N )_____ and produced for the hearing.
*Other Custodial Official*

08/24/2018                              _____
*Date*                                  B. DWIGHT GOAINS
                                        UNITED STATES MAGISTRATE JUDGE

---

\* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or or attempt to threaten, injure, or intimidate a prospective witness or juror.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **United States of America** § § | |
| **vs.** § | Case Number:  MO:18-CR-00194(1)-DC |
| § § | |
| **(1) Matthew Williams** § | |
| *Defendant* | |

## WAIVER OF DETENTION HEARING WITH RESERVATION OF RIGHTS

I, **(1) Matthew Williams,** the Defendant am charged by Complaint/Information/Indictment with a violation of **18 USC 922 FELON IN POSSESSION OF A FIREARM** in the Western District of Texas.  Having appeared before this Court and having been advised of my rights as required by the Federal Rules of Criminal Procedure, I acknowledge that I have a right to a hearing to determine if conditions of release may be established in this cause.

On _____, I informed the Court that there was no need to have a bond/detention hearing, and I would not contest the Government's Motion to Detain at this time, but reserve the right to have such a hearing at a later date. After consultation with my attorney, I have determined that I wish to waive my right to a bond/detention hearing to establish potential conditions of release, with the understanding that I reserve the right to request a hearing for conditions to be set at a later time.

Signed this _____ day of _____, 20 ___.

_____
**Defendant**

_____
**Attorney for Defendant**