# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| vs. | § | Cr. No. |
| | § | MO:18-CR-00194(1)-DC |
| (1) Matthew Williams | § | |

### WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

NOW COMES Defendant in the above-referenced case who, along with his undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the Indictment, Information or Complaint in this case. Defendan understands the nature and substance of the charges contained therein, the maximum penalites applicable thereto, and his Constitutional rights, after being advised of all the above by his attorney.

2) Defendant understands he has the right to appear personally with his attorney before a Judge for Arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he will be so arraigned in open Court.

Defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case and the reading of the Indictment or Information, and by this instrument, tenders his plea of "not guilty". The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

**I UNDERSTAND, UNLESS OTHERWISE ORDERED BY THE COURT, I MUST FILE ANY PRETRIAL MOTION (CITING LEGAL AUTHORITY UPON WHICH I RELY AND A PROPOSED ORDER) WITHIN 14 DAYS AFTER ARRAIGNMENT, OR, IF I HAVE WAIVED ARRAIGNMENT, WITHIN 14 DAYS AFTER THE LATEST SCHEDULED ARRAIGNMENT DATE. SEE LOCAL CRIMINAL RULES CR-12 AND CR-47.**

Date: August 26, 2018

_Luke Garrett_
Name of Attorney for Defendant

Defendant

Signature of Attorney for Defendant

Telephone: 432-535-0385

Address: 214 W. Texas, Ste 900
Midland, TX 79701

### ORDER
APPROVED BY THE Court. A plea of "Not Guilty" is entered for Defendant effective this date.

Date: _____

_____
District Judge/Magistrate Judge

**\*\*ALL WAIVERS MUST BE FILED IN THE CLERK'S OFFICE NO LATER THAN 9:00 A.M. OF THE SCHEDULED DATE OF ARRAIGNMENT.**