# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| vs. | § | Case Number: MO:18-CR-00194(1)-DC |
| | § | |
| **(1) Matthew Williams** | § | |
| *Defendant* | | |

## WAIVER OF DETENTION HEARING WITH RESERVATION OF RIGHTS

I, **(1) Matthew Williams,** the Defendant am charged by Complaint/Information/Indictment with a violation of **18 USC 922 FELON IN POSSESSION OF A FIREARM** in the Western District of Texas. Having appeared before this Court and having been advised of my rights as required by the Federal Rules of Criminal Procedure, I acknowledge that I have a right to a hearing to determine if conditions of release may be established in this cause.

On __8-28-18__, I informed the Court that there was no need to have a bond/detention hearing, and I would not contest the Government's Motion to Detain at this time, but reserve the right to have such a hearing at a later date. After consultation with my attorney, I have determined that I wish to waive my right to a bond/detention hearing to establish potential conditions of release, with the understanding that I reserve the right to request a hearing for conditions to be set at a later time.

Signed this __28th__ day of __August__, 20__18__.

_____
Defendant

_____
Attorney for Defendant