# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | Case Number: MO:18-CR-00194(1)-DC |
| § | |
| (1) Matthew Williams § | |
| *Defendant* | |

# ORDER SETTING DOCKET CALL

**TAKE NOTICE** that the above entitled case has been set before the UNITED STATES MAGISTRATE JUDGE RONALD C. GRIFFIN in Midland, Texas, Midland Magistrate Courtroom, 200 E. Wall, Midland, Texas for a hearing. The purpose of the hearing is for a **DOCKET CALL** to be held on OCTOBER 3, 2018 at 9:30 AM.

Non-detained defendants and counsel must **PERSONALLY** present for the docket call. If a detained defendant desires to be present, counsel must notify the Courtroom Deputy of the Magistrate, **Monica Ramirez** at **(432) 685-0349** and the **United States Marshals Service** at **(432) 686-4100**, **forty eight (48) hours before the docket call**. Government Counsel is expected to be present for the docket call. The following instructions should be understood by counsel and the defendant:

### Requests for Continuance of Docket Call

1) Any motions for continuance for the appearance of counsel and/or the defendant at the docket call must be filed on or before the close of business on OCTOBER 1, 2018. The motion should be styled "Motion for Continuance of Docket Call" so that it may be distinguished from a motion for continuance for the trial setting. The motion must be filed with the Clerk of Court.

### Resolution Prior to Trial

2) At the docket call, the parties are expected to announce the status of the case. If a defendant intends to enter a plea of guilty, he or she must enter the plea on or before the close of business on OCTOBER 18, 2018. Coordination of a time for a plea before a District Judge must be accomplished by notifying Cristina Lerma at (432) 685-0350. If the defendant desires to present the plea to the Magistrate Judge, coordination should be accomplished through Dwendy Pennell at (432) 570-4439 or Monica Ramirez at (432) 685-0349, with further notification to be provided by defense counsel to the respective District Judge's courtroom deputy clerk handling the specific case as noted above.

### Avoiding Necessity of Appearance if "Ready for Trial"

3) If the defendant anticipates a trial and defense counsel will answer "Ready for Trial", then an appearance by the defendant and defense counsel can be avoided by filing a written announcement of "Ready" prior to OCTOBER 1, 2018.

### Jury Trial Dates and Motion for Continuance

4) Jury selection and trial will be set for NOVEMBER 5, 2018 AT 8:30 AM. Counsel are responsible for contacting Cristina Lerma at (432) 685-0350 regarding dates for trial. If defense counsel or defendant intends to have a trial and cannot be ready for trial as the matter is currently scheduled, then a motion for continuance of trial must be brought to the docket call and delivered to the Courtroom Deputy of the Magistrate Judge. Do not file the motion for continuance prior to the docket call without leave of court or it will be denied and must later be reurged, if still desired. The only exceptions to this policy would be for matters which develop subsequent to the time of that deadline. The motion should be styled "Motion for Continuance of Trial Setting." The motion should state with great specificity the basis for the motion.

### Plea Bargain Deadline

5) The plea bargain deadline for this case is OCTOBER 18, 2018.

### Duty to Notify Defendant

6) Defense counsel are reminded to their duty to notify the defendant of the defendant's required appearance at docket call.

It is **ORDERED** this 28th day of August, 2018.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE

**THIS NOTICE WAS PROVIDED TO:**
Defense Counsel
U.S. Attorney
U.S. Marshals Service
U.S. Probation
U.S. Pretrial Services