FILED

AUG 27 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| U.S.A. | § § | |
| vs. | § § | CASE NO. MO:18-CR-194 (1) |
| MATTHEW WILLIAMS | § § § § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE SHERIFF OF MIDLAND COUNTY, AT THE MIDLAND COUNTY JAIL, MIDLAND, TEXAS**

GREETINGS:

You are hereby commanded to surrender and deliver unto the United States Marshal for the Western District of Texas, or his duly authorized representative, the body of **MATTHEW WILLIAMS**, to this Court **instanter**, to remain in the custody of the said Marshal during the proceedings in the above styled cause, and any further proceedings in this cause are completed.

This Writ shall be your warrant and authority in the premises, and the Clerk of this Court is hereby directed to cause to be delivered to you a copy of this Writ and a certified copy of the Order directing the issuance for your observance.

HEREIN FAIL NOT, but make due return to this Writ.

    Witness The Honorable B. Dwight Goains, U.S. Magistrate Judge
      United States District Court
      Western District of Texas
      and the Seal of this Court hereto affixed
      this 22nd of August, 2018.

        JEANNETTE CLACK, CLERK

**UNITED STATES MARSHAL RETURN** By: _____Emriquez_____
I have fully executed in within   Deputy Clerk
writ/order by receiving the body
of __Matthew Williams__ on this date
__8/23/18__
by: __Dalton Rios__