# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case Number: |
| | § | MO:18-CR-00194(1)-DC |
| (1) Matthew Williams | § | |
| *Defendant* | | |

## ORDER SETTING STATUS CONFERENCE / PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **STATUS CONFERENCE / PLEA,** in the Midland Magistrate Courtroom, 200 E. Wall, MIDLAND-ODESSA, Texas, on **October 16, 2018 at 10:00 AM.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he shall be present.

IT IS SO ORDERED on 3rd day of October, 2018.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE