# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  MO:18-CR-00194(1)-DC |
| | § | |
| (1) MATTHEW WILLIAMS | § | |

**ORDER SETTING SENTENCING MIDLAND**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING MIDLAND,** in the Courtroom 3, 200 E. Wall, Midland, TX , on **January 15, 2019 at 09:45 AM.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he shall be present.

IT IS SO ORDERED on 17th day of October, 2018.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE