UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §  CRIMINAL NO: |
| vs. | §  MO:18-CR-00194(1)-DC |
| | § |
| (1) MATTHEW WILLIAMS | § |

## ORDER RESETTING SENTENCING MIDLAND

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING MIDLAND** in Courtroom 3, on the Third floor of the United States Courthouse, 200 E. Wall, Midland, TX, on **Tuesday, January 15, 2019 at 10:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 30th day of October, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE