UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | MO:18-CR-00194(1)-DC |
| | § | |
| (1) MATTHEW WILLIAMS | § | |

## ORDER RESETTING SENTENCING MIDLAND

  IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING MIDLAND** in Courtroom 3, on the Third floor of the United States Courthouse, 200 E. Wall, Midland, TX, on **Friday, February 01, 2019 at 09:15 AM**.

  IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

  IT IS SO ORDERED this 15th day of January, 2019.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE